US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 06 2013

CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GEORGE C. ROBINSON, ET AL                                    PLAINTIFF(S)

V.                          CASE NO. 2:02-CV-02282

OPTION ONE MORTGAGE CORPORATION                              DEFENDANT

### BRIEF IN SUPPORT OF MOTION TO REOPEN

On December the 27th 2002, Plaintiffs received a letter or order from Judge Hendren in which he asked if Plaintiffs wanted to proceed, stay, or dismiss with the above named lawsuit. I assume Judge Hendren asked this because Plaintiffs had filed for Bankruptcy on Dec.17, 2002. Of the choices Judge Hendren offered Plaintiffs, the Plaintiffs made it known in a May 12, 2003, filed letter to Judge Hendren that Plaintiffs chose to proceed with said lawsuit, regardless of Plaintiff's filing of Bankruptcy. After the fact the Plaintiffs were made aware by Plaintiff's attorney of a Notice of Default Procedures, that Plaintiff's attorney was not planning to respond to because of Plaintiff's bankruptcy proceedings. Since, time was of the essence, Plaintiff's sent and answer to the Court with a Motion for Default Judgment filed May 23, 2003. On May 27th, 2003, Judge Hendren filed a stay in proceedings in an ORDER of ADMINISTRATIVE TERMINATION. With said ORDER, Plaintiff,s were allowed to move to reopen case upon conclusion of Bankruptcy case. There are still some issues that Plaintiff,s have temporarily suspended in relation to Plaintiff's Bankruptcy proceedings so that Plaintiffs may conclude above said case, with this Court's permission. Please, see and incorporate herein my earlier Brief for Default, filed, May 23, 2003.

Respectfully submitted
George C. Robinson
2004 Nth 47th Circle
Fort Smith, Ark. 72904

*George C. Robinson* (signature)

## Certificate of Service

I George C. Robinson, a Plaintiff herein, do certify that a true and correct copy of Plaintiff's Brief in Support of Motion to Reopen has been mailed to Option One Mortgage Corporation at the address noted below, by way of U.S. certified mail, with return receipt, on May _____ 7Th _____, 2013.

By: /s/ George C. Robinson

George C. Robinson
2004 Nth 47th Circle
Fort Smith, Ar. 72904
479-420-5267

Option One Mortgage Corporation/Sand Canyon
7595 Irvine Center Drive, Suite 100
Irvine CA 92618
United States