```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

GEORGE C. ROBINSON and
ELIZABETH ROBINSON, husband and wife                    PLAINTIFFS

           v.              Civil No. 02-2282

OPTION ONE MORTGAGE CORP.                               DEFENDANT

                       <u>ORDER REOPENING CASE</u>

   Now on this 30th day of May, 2013, the above referenced matter comes on for consideration of **plaintiffs' MOTION TO REOPEN (doc. 12)** and defendant's response thereto.  The Court, being well and sufficiently advised, finds and orders as follows:

   *    that the motion should be, and hereby is, **granted** and this matter is re-opened; and,

   *    that following re-opening, the arguments set forth in defendant's response will be addressed when presented by an appropriate motion.

   **IT IS SO ORDERED.**

                            <u>/s/ Jimm Larry Hendren</u>
                            **JIMM LARRY HENDREN**
                            **UNITED STATES DISTRICT JUDGE**