US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 2 8 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GEORGE C. ROBINSON, ET AL                                    PLAINTIFFS

V.                              CASE NO. 2: 02-CV-02282

OPTION ONE MORTGAGE CORPORATION                  DEFENDANTS

## RENEWED MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiffs George C. Robinson ET AL and for their Renewed Motion for Default Judgment pursuant to Rule 55 (a) (b) of the F. R. C. P., do state:

1. The Defendant, Option one Mortgage Corporation has failed to plead or otherwise defend against the claim of the Plaintiffs in the prescribed time as noted in Plaintiff's first Motion for Default Judgment.

2. The Court has already ruled that Option One Mortgage failed to appear or plead in the prescribed time. The said Court's ruling has not changed or been defeated. Since Option One Mortgage Corp. failed to appear, there is no dispute of fact or law before the Court.

WHEREFORE, for reasons stated herein, and for reasons set forth in Plaintiff's Brief and original Complaint which is on file with the Court, the Plaintiffs pray that this Court grant their Motion to Reopen and with the Courts permission grant Plaintiffs Default Judgment against Option One Mortgage Corp/Sand Canyon. Plaintiffs ask the Court to award Plaintiffs their cost herein laid out and expended, as well as a reasonable attorney's fee for my past attorney and for me if it can be applied to me. Likewise, Plaintiffs pray this Court will grant Plaintiffs all of the relief to which Plaintiffs are entitled. Thank You.

Respectfully submitted,
George C. Robinson
2004 North 47th Circle
Fort Smith, Ark. 72904
By: _George C. Robinson_
George C. Robinson

## Certificate of Service

I, George C. Robinson, a Plaintiff herein , do certify that a true and correct copy of Plaintiff's   Renewed Motion for Default Judgment , has been mailed to Option One Mortgage Corporation/Sand Canyon, and their legal counsel at the addresses noted below, by way of U.S. certified mail with return receipt, on July_____ $\lambda$ _____ , 2013.

By: _George C. Robinson_

George C. Robinson
2004 Nth 47th Circle
Fort Smith, Ar. 72904
479-420-5267

Option One Mortgage Corporation/Sand Canyon
7595 Irvine Center Drive, Suite 100
Irvine, CA. 92618
United States


The Farrar Firm
Attorneys At Law
First National Bank Building, Third Floor
135 Section Line Road, #5
Hot Springs National Park, Arkansas 71913