```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

GEORGE C. ROBINSON and
ELIZABETH ROBINSON                                          PLAINTIFFS

         v.                Civil No. 02-2282

OPTION ONE MORTGAGE CORP.                                    DEFENDANT

## ORDER

Now on this 24th day of March, 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #56), and the objections thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1.  The plaintiff George Robinson filed a motion to appeal *in forma pauperis* (IFP)(Doc. 55).

2.  U.S. Magistrate Judge Marschewski, in his Report and Recommendation, recommended that the motion be denied. (Doc. 56)

3.  The plaintiff filed timely objections in which he states that it would be a financial hardship to pay the appeal fee. (Doc. 57)

4.  After a review of the matter, the Court finds that plaintiff's objections offer nothing either in law or fact which would warrant rejection of the Report and Recommendation. The objections of the plaintiff (document #57) will, therefore, be overruled and the Report and Recommendation will be adopted *in toto*.

**IT IS THEREFORE ORDERED**

\*  that the objections of the plaintiff (document #57) to the **Report And Recommendation** of the Magistrate Judge should be, and they hereby are, **overruled;**

    \*   that the **Report and Recommendation of the Magistrate Judge** (document #56) should be, and it hereby is, **adopted *in toto*;** and

    \*  that the motion to proceed IFP (Doc. 55) is **denied** and the plaintiff is directed to pay the appellate filing fee of $505.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren  
                                          JIMM LARRY HENDREN  
                                          UNITED STATES DISTRICT JUDGE